**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY
LITIGATION                                                                                    MDL No. 2545

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On June 6, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Matthew F Kennelly.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of June 6, 2014, and, with the consent of that court, assigned to the Honorable Matthew F Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jun 16, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
-
By: s/ NICK FANELLE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
-
June 17, 2014

IN RE: TESTOSTERONE REPLACEMENT
THERAPY PRODUCTS LIABILITY
LITIGATION   MDL No. 2545

## SCHEDULE CTO−1 – TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|---|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 5 | 14−00667 | Ronald Couwenhoven v. Abbott Laboratories Inc et al | 14cv4525 |
| **CALIFORNIA NORTHERN** | | | | |
| CAN | 3 | 14−02179 | Nagel et al v. Eli Lilly &Co. et al | 14cv4528 |
| CAN | 3 | 14−02264 | Lien v. AbbVie Inc. et al | 14cv4532 |
| **FLORIDA MIDDLE** | | | | |
| FLM | 3 | 14−00528 | Wainwright v. AbbVie, Inc. et al | 14cv4534 |
| FLM | 6 | 14−00708 | Sexton et al v. Abbott Laboratories, Inc. et al | 14cv4536 |
| FLM | 8 | 14−00962 | Elder et al v. Abb Vie Inc. et al | 14cv4538 |
| **GEORGIA NORTHERN** | | | | |
| GAN | 1 | 14−01492 | Littleton v. AbbVie Inc. et al | 14cv4539 |
| GAN | 1 | 14−01546 | Foucher v. AbbVie Inc. et al | 14cv4540 |
| **KENTUCKY WESTERN** | | | | |
| KYW | 5 | 13−00074 | Wlodarczyk v. Pfizer Pharmacia &Upjohn Company | 14cv4542 |
| **LOUISIANA EASTERN** | | | | |
| LAE | 2 | 14−00899 | Bourgeois v. AbbVie, Inc. et al − 14cv4516 | |
| LAE | 2 | 14−00909 | Runyan v. AbbVie, Inc. et al − 14cv4517 | |
| LAE | 2 | 14−00927 | Simpson et al v. Auxilium Pharmaceuticals, Inc. − 14cv4518 | |
| LAE | 2 | 14−00935 | Spann v. AbbVie, Inc. et al − 14cv4519 | |
| LAE | 2 | 14−00974 | Frickie v. Abbvie, Inc. et al - 14cv4521 | |
| LAE | 2 | 14−01034 | Falgout et al v. Abbott Laboratories, Inc. et al - 14cv4522 | |
| LAE | 2 | 14−01108 | Kuhn v. Lilly USA, Inc. et al - 14cv4523 | |
| LAE | 2 | 14−01186 | Mason et al v. AbbVie, Inc. et al - 14cv4524 | |

## LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 3 | 14−00926 | Johnson v. Pfizer Inc et al - 14cv4526 |
| LAW | 5 | 14−00946 | Linn v. AbbVie Inc et al - 14cv4527 |
| LAW | 5 | 14−00955 | Woodard v. Pharmacia &Upjohn Co et al - 14cv4529 |
| LAW | 6 | 14−00864 | Guilbeau v. Abbott Laboratories Inc et al - 14cv4531 |
| LAW | 6 | 14−01050 | Duffy et al v. Pfizer Inc et al - 14cv4533 |

## MAINE

| | | | |
|---|---|---|---|
| ME | 2 | 14−00207 | ALLEGAR v. PFIZER INC et al    14cv4546 |

## MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 14−12243 | DeMatteo v. Abbott Laboratories, Inc. et al   14cv4547 |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 14−01648 | Kozak v. Fagron, Inc. et al   14cv4548 |

## NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 1 | 14−02652 | PRALL et al v. ABBVIE, INC. et al   14cv4549 |
| NJ | 2 | 14−02809 | LANEY v. ACTAVIS, INC. et al  14cv4550 |

## NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 14−02968 | Quinones et al v. AbbVie Inc. et al   14cv4551 |

## PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 14−02177 | MCGILL et al v. ACTAVIS, INC. et al   14cv4552 |
| PAE | 2 | 14−02189 | HILL v. AUXILIUM PHARMACEUTICALS, INC.   14cv4553 |
| PAE | 2 | 14−02206 | AMERSON et al v. ABBOTT LABORATORIES, INC. et al   14cv4554 |
| PAE | 2 | 14−02391 | OXSHEER et al v. ABBOTT LABORATORIES, INC. et al   14cv4556 |
| PAE | 2 | 14−02554 | WEBB et al v. ABBVIE INC. et al   14cv4559 |
| PAE | 2 | 14−02555 | JOLLY v. ABBVIE INC. et al  14cv4562 |
| PAE | 2 | 14−02561 | HENDRIX v. AUXILIUM PHARMACEUTICALS, INC.   14cv4564 |
| PAE | 2 | 14−02692 | TAYLOR et al v. ENDO PHARAMCEUTICALS INC. et al   14cv4566 |